UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEFFERSON SANCHEZ,

                   Movant,

               -against-

UNITED STATES OF AMERICA,

                 Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

21-cv-9082 (LAK)
[18-cr-781 (LAK]

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Movant was convicted on his plea of guilty of conspiracy to steal public funds and two counts of filing false tax returns and sentenced principally to terms of imprisonment of 24 months on each count, the terms to run concurrently. He now moves, pursuant to 28 U.S.C. 2255, to set aside his conviction on the ground that this Court lacked subject matter jurisdiction over his prosecution.

      I have examined the motion as required by Rule 4(b) of the Rules Governing Section 2255 Proceedings and concluded that it is plain from the motion and record that movant is entitled to no relief.

      Accordingly, the motion [21-cv-9082 Dkt 1, 18-cr-781 Dkt 68] is dismissed. The Clerk is directed to notify the moving party. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

      SO ORDERED.

Dated:     November 4, 2021

                                            Lewis A. Kaplan
                                    United States District Judge